# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE RAMON MORALES MORALES

Bkrtcy. No. 10-12324-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Dec 30, 2010 | Meeting Date: Feb 03, 2011 | DC Track No. 17 |
| Days from petition date: 35 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 7/3/2008 | ☐ Chapter 13 Plan Date: Dec 30, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $28,890.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Mar 04, 2011 | Time: 2:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: $130.— |
|---|---|---|---|

### I. Appearances:
☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☑ None.
- ☑ Debtor Present — ☑ ID & Soc. OK — ☐ Debtor Absent
- ☐ Joint Debtor Present — ☐ ID & Soc. OK — ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **ALMEIDA & DAVILA PSC**
Total Agreed: $3,000.00 — Paid Pre-Petition: $100.00 — Outstanding: $2,900.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: $91,764.—
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: -0-
- The Trustee ☑ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

\* Need appraisal of rental property in Caimito acquired by debtor in 2008. Property generates rent income. There is a dispute with property seller.

/s/ José R. Carrión
Trustee — Presiding Officer — Page 1 of 1 — Date: Feb 03, 2011